DAVID LANDRUM, Oregon State Bar ID Number 955425
Deputy City Attorney
Email: david.landrum@portlandoregon.gov
ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Deputy City Attorney
Email: rob.yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ESTATE OF AARON CAMPBELL, by and through its Personal Representative, Marva Davis,** | 3:10-CV-01358-MO |
| PLAINTIFF, | **SUPPLELMENT TO STIPULATED PROTECTIVE ORDER** |
| v. | |
| **RONALD FRASHOUR III, RYAN LEWTON, LIANI REYNA, JOHN BIRKINBINE and CITY OF PORTLAND,** | |
| DEFENDANTS. | |

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties hereto through their counsel of record as follows:

The transcript of the arbitration proceedings, and all exhibits admitted in that proceeding, entitled "In the Matter of the Arbitration Between The City of Portland, the Employer, and Portland Police Association, the Association, Grievance of Ron Frashour" (*see cover sheet, Arbitrator's Opinion and Award, attached hereto as* **Exhibit A**), shall not be considered a

/////

Page 1 —   SUPPLEMENT TO STIPULATED PROTECTIVE ORDER

protected category of documents under this court's February 4, 2011 Protective Order (*see docket no. 31*).

IT IS SO STIPULATED[1]:

| | |
|---|---|
| /s/ James E. McCandlish<br>James E. McCandlish, OSB #752469<br>Mark E. Griffin, OSB #761528<br>Thomas M. Steenson, OSB #743131<br>Of Attorneys for Plaintiff | Dated: June 18, 2012 |
| /s/ David A. Landrum<br>David A. Landrum, OSB #955425<br>Rob Yamachika, OSB #065560<br>Of Attorneys for Defendant City of Portland | Dated: June 18, 2012 |
| /s/ William G. Blair<br>William G. Blair, OSB #690212<br>Of Attorneys for Defendant John Birkinbine | Dated: June 18, 2012 |
| /s/ Michael A. Lehner<br>Michael A. Lehner, OSB #741885<br>Of Attorneys for Defendant Liani Reyna | Dated: June 18, 2012 |
| /s/ Steven A. Kraemer<br>Steven A. Kraemer, OSB #882476<br>Kari A. Furnanz, OSB #962920<br>Of Attorneys for Defendant Ryan Lewton | Dated: June 18, 2012 |
| /s/ Robert S. Wagner<br>Robert S. Wagner, OSB #844115<br>David C. Lewis, OSB #953348<br>Of Attorneys for Defendant Ronald Frashour | Dated: June 18, 2012 |

THIS SUPPLEMENT TO THE PROTECTIVE ORDER IS APPROVED this _____ day of June, 2012.

_____
The Honorable Michael Mosman
U.S. District Court Judge

---

[1] Pursuant to L.R. 11-1(c)(2), all counsel have authorized the electronic filing of this document.

Page 2 – SUPPLELMENT TO STIPULATED PROTECTIVE ORDER

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047