DAVID LANDRUM, Oregon State Bar ID Number 955425
Deputy City Attorney
Email: david.landrum@portlandoregon.gov
ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Deputy City Attorney
Email: rob.yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ESTATE OF AARON CAMPBELL, by and through its Personal Representative, Marva Davis,**<br><br>PLAINTIFF,<br><br>v.<br><br>**RONALD FRASHOUR III, RYAN LEWTON, LIANI REYNA, JOHN BIRKINBINE and CITY OF PORTLAND,**<br><br>DEFENDANTS. | 3:10-CV-01358-MO<br><br>**EXHIBIT A TO SUPPLEMENT TO STIPULATED PROTECTIVE ORDER** |

/s/ David Landrum
DAVID LANDRUM, OSB # 955425
Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendant City of Portland

Page 1 –   EXHIBIT A TO SUPPLEMENT TO STIPULATED PROTECTIVE ORDER

## BEFORE THE ARBITRATOR

In the Matter of the Arbitration Between    )
                                             )
The City of Portland                         )    **ARBITRATOR'S OPINION**
                                             )    **AND AWARD**
    the Employer         )
                                             )
and                                          )
                                             )    Grievance of
                                             )    Ron Frashour
Portland Police Association                  )
                                             )
    the Association      )
                                             )

**Representatives:**

**For the Employer:**

Howard Rubin, Lead Counsel
Jennifer Nelson
Littler Mendelson
121 SW Morrison St Ste 900
Portland OR 97204

Stephanie Harper
Deputy City Attorney
1221 S.W. 4th Avenue, Suite 430
Portland, Oregon 97204

**For the Association:**
Will Aitchison, Lead Counsel
Law Offices of Will Aitchison
3021 NE Broadway
Portland, OR 97232

Anil Karia
Tedesco Law Group
3021 NE Broadway
Portland, OR 97232

March 30, 2012

Jane R. Wilkinson
Labor Arbitrator/Attorney
PMB 211
3 Monroe Pkwy, Ste. P
Lake Oswego, OR 97035