DAVID LANDRUM, Oregon State Bar ID Number 955425
Deputy City Attorney
Email: david.landrum@portlandoregon.gov
ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Deputy City Attorney
Email: rob.yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESTATE OF AARON CAMPBELL, by and through its Personal Representative, Marva Davis,<br><br>PLAINTIFF,<br><br>v.<br><br>RONALD FRASHOUR III, RYAN LEWTON, LIANI REYNA, JOHN BIRKINBINE and CITY OF PORTLAND,<br><br>DEFENDANTS. | 3:10-CV-01358-MO<br><br>AMENDED SUPPLEMENT TO STIPULATED PROTECTIVE ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties hereto through their counsel of record as follows:

The transcript of the arbitration proceedings, and all exhibits admitted in that proceeding, entitled "In the Matter of the Arbitration Between The City of Portland, the Employer, and Portland Police Association, the Association, Grievance of Ron Frashour" (*see cover sheet, Arbitrator's Opinion and Award, attached hereto as* **Exhibit A**), shall not be considered a protected category of documents under this court's February 4, 2011 Protective Order (*see docket no. 31*), for the limited purpose of providing copies of those documents to the United

Page 1 –   AMENDED SUPPLEMENT TO STIPULATED PROTECTIVE ORDER

States Department of Justice, at the request of that agency.

IT IS SO STIPULATED[1]:

/s/ James E. McCandlish                    Dated:       June 20, 2012
James E. McCandlish, OSB #752469
Mark E. Griffin, OSB #761528
Thomas M. Steenson, OSB #743131
Of Attorneys for Plaintiff


/s/ David A. Landrum                       Dated:       June 20, 2012
David A. Landrum, OSB #955425
Rob Yamachika, OSB #065560
Of Attorneys for Defendant City of Portland


/s/ William G. Blair                       Dated:       June 20, 2012
William G. Blair, OSB #690212
Of Attorneys for Defendant John Birkinbine


/s/ Michael A. Lehner                      Dated:       June 20, 2012
Michael A. Lehner, OSB #741885
Of Attorneys for Defendant Liani Reyna


/s/ Steven A. Kraemer                      Dated:       June 20, 2012
Steven A. Kraemer, OSB #882476
Kari A. Furnanz, OSB #962920
Of Attorneys for Defendant Ryan Lewton


/s/ Robert S. Wagner                       Dated:       June 20, 2012
Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
Of Attorneys for Defendant Ronald Frashour


THIS SUPPLEMENT TO THE PROTECTIVE ORDER IS APPROVED this  29  day of June, 2012.

                                          /s/Michael W. Mosman
                                          The Honorable Michael Mosman
                                          U.S. District Court Judge

---

[1] Pursuant to L.R. 11-1(c)(2), all counsel have authorized the electronic filing of this document.

Page 2 –   AMENDED SUPPLEMENT TO STIPULATED PROTECTIVE ORDER

## BEFORE THE ARBITRATOR

In the Matter of the Arbitration Between )
)
The City of Portland )   **ARBITRATOR'S OPINION**
)   **AND AWARD**
    the Employer )
)
and )
)   Grievance of
)   Ron Frashour
Portland Police Association )
)
    the Association )
)

**Representatives:**

**For the Employer:**

Howard Rubin, Lead Counsel
Jennifer Nelson
Littler Mendelson
121 SW Morrison St Ste 900
Portland OR 97204

Stephanie Harper
Deputy City Attorney
1221 S.W. 4th Avenue, Suite 430
Portland, Oregon 97204

**For the Association:**
Will Aitchison, Lead Counsel
Law Offices of Will Aitchison
3021 NE Broadway
Portland, OR 97232

Anil Karia
Tedesco Law Group
3021 NE Broadway
Portland, OR 97232

March 30, 2012

Jane R. Wilkinson
Labor Arbitrator/Attorney
PMB 211
3 Monroe Pkwy, Ste. P
Lake Oswego, OR 97035

Exhibit A
Page 1 of 1