DAVID LANDRUM, Oregon State Bar ID Number 955425
Deputy City Attorney
Email: david.landrum@portlandoregon.gov
ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Deputy City Attorney
Email: rob.yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ESTATE OF AARON CAMPBELL, by and through its Personal Representative, Marva Davis**,<br><br>　　　　　**PLAINTIFF**,<br><br>　　v.<br><br>**RONALD FRASHOUR III, RYAN LEWTON, LIANI REYNA, JOHN BIRKINBINE and CITY OF PORTLAND,**<br><br>　　　　　**DEFENDANTS.** | 3:10-CV-01358-MO<br><br>**SUPPLEMENT TO STIPULATED PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties hereto through their counsel of record as follows:

The drafts of the Portland Police Bureau's "Training Division Review" (bearing Bates Nos. 116584-116597; 117181-117197; 117199-117218; 117301-117333; 117601-117658; 117672-117730; 117732-117791; 117862-117927; 117929-117935; 118010-118077; 117079-118143) , shall not be considered a protected category of documents under this court's February 4, 2011 Protective Order (*see docket no. 31*).

Page 1 –    SUPPLEMENT TO STIPULATED PROTECTIVE ORDER

IT IS SO STIPULATED[1]:


| | |
|---|---|
| */s/ James E. McCandlish* <br> James E. McCandlish, OSB #752469 <br> Mark E. Griffin, OSB #761528 <br> Thomas M. Steenson, OSB #743131 <br> Of Attorneys for Plaintiff | Dated: September 13, 2012 |
| */s/ David A. Landrum* <br> David A. Landrum, OSB #955425 <br> Rob Yamachika, OSB #065560 <br> Of Attorneys for Defendant City of Portland | Dated: September 13, 2012 |
| */s/ William G. Blair* <br> William G. Blair, OSB #690212 <br> Of Attorneys for Defendant John Birkinbine | Dated: September 13, 2012 |
| */s/ Michael A. Lehner* <br> Michael A. Lehner, OSB #741885 <br> Of Attorneys for Defendant Liani Reyna | Dated: September 13, 2012 |
| */s/ Steven A. Kraemer* <br> Steven A. Kraemer, OSB #882476 <br> Kari A. Furnanz, OSB #962920 <br> Of Attorneys for Defendant Ryan Lewton | Dated: September 13, 2012 |
| */s/ Robert S. Wagner* <br> Robert S. Wagner, OSB #844115 <br> David C. Lewis, OSB #953348 <br> Of Attorneys for Defendant Ronald Frashour | Dated: September 13, 2012 |

THIS SUPPLEMENT TO THE PROTECTIVE ORDER IS APPROVED this 11 day of October, 2012.

/s/Michael W. Mosman
The Honorable Michael W. Mosman
U.S. District Court Judge

---

[1] Pursuant to L.R. 11-1(c)(2), all counsel have authorized the electronic filing of this document.

Dated: September 13, 2012

>Respectfully submitted,
>
>*/s/ David Landrum*
>DAVID LANDRUM
>OSB # 955425
>Deputy City Attorney
>Telephone: (503) 823-4047
>Of Attorneys for Defendant City of Portland

Page 3 –   SUPPLEMENT TO STIPULATED PROTECTIVE ORDER